PROB 12B
(7/93)

Report Date: February 14, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 16 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kurtis D Johnson            Case Number: 2:03CR00128-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 1/27/2004            Type of Supervision: Supervised Release

Original Offense: Armed Bank Robbery, 18 U.S.C. § 2113(a)            Date Supervision Commenced: February 14, 2007

Original Sentence: Prison - 51 Months; TSR - 60 Months            Date Supervision Expires: February 13, 2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to include urinalysis testing and authorize a maximum of six random drug samples per month.

Kurtis Johnson was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Johnson has agreed to the proposed modifications.

Respectfully submitted,

by *Tommy Rosser* (signature)

Tommy Rosser
U.S. Probation Officer
Date: February 14, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JAS [X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Brielle_
Signature of Judicial Officer

_February 15, 2007_
Date